RYAN L. DOSTART, ESQ. / SBN: 281539
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA MARQUEZ,<br><br>    Defendant. | Case No.: 2:16-cv-01978-WHO<br><br>**STIPULATION FOR THE PARTIES TO MODIFY THE PRETRIAL SCHEDULE AND EXTEND DISCOVERY DEADLINES; ORDER**<br><br>Judge:  Hon. William H. Orrick |

Pursuant to Rules 16(b) (4) and 29 of the Federal Rules of Civil Procedure, Defendant CYNTHIA MARQUEZ and Plaintiff NATIONWIDE INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, subject to the approval of the Court and good cause present, hereby stipulate to modify the Pretrial Schedule Order dated January 3, 2017, and extend the time for discovery deadlines previously set in this matter.

The parties submit that there is good cause for the proposed modification of this Court's Pretrial Scheduling order for the following reasons:  The parties have discussed conducting expert inspections of Ms. Marquez's bicycle and the clothing/helmet she was wearing at the time of the subject incident and believe these inspections could facilitate early resolution of this claim short of trial.  The parties have exchanged written discovery and conducted depositions

of witnesses and emergency personnel, but need additional time in order to coordinate the inspection and conduct any additional follow-up discovery precipitated by the inspection.

THEREFORE, THE PARTIES STIPULATE AND AGREE AND RESPECTFULLY REQUEST the following modifications to the scheduling order:

The date for completion of discovery is currently scheduled for August 15, 2017. The parties request an extension of this deadline to September 30, 2017.

The expert disclosure deadline is currently scheduled for July 3, 2017. The parties request an extension of this deadline to August 15, 2017.

The deadline for dispositive motions to be heard is currently scheduled for October 4, 2017. The parties request an extension of this deadline to October 25, 2017.

All other dates will remain the same as provided for in the January 3, 2017 Civil Minutes and Pretrial Schedule Order.

DATED: May 4, 2017     **BECHERER KANNETT & SCHWEITZER**

By: */s/ David Borovsky*
 DAVID BOROVSKY
 Attorney for Plaintiff

DATED: May 4, 2017     **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: */s/ Ryan L. Dostart*
 RYAN L. DOSTART
 Attorney for Defendant

**IT IS SO ORDERED:**

DATED: May 9, 2017     _____
 HON. WILLIAM H. ORRICK
 UNITED STATES DISTRICT JUDGE

---