UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATIONWIDE INSURANCE COMPANY of AMERICA,

    Plaintiff,

v.

CYNTHIA MARQUEZ, et al.,

    Defendants.

Case No. 16-cv-01978-WHO

**ORDER RE SETTLEMENT**

Re: Dkt. No. 35

    The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for November 28, 2017 at 1:30 p.m. at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required

**IT IS SO ORDERED.**

Dated: September 27, 2017



William H. Orrick
United States District Judge